UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
EASTERN DIVISION

| | |
|---|---|
| ANDREA PAPPAGALLO,<br><br>    Plaintiff,<br><br>vs.<br><br>TENNECO AUTOMOTIVE OPERATING COMPANY SEVERANCE BENEFIT PLAN, Effective as of July 20, 2018; TENNECO AUTOMOTIVE OPERATING COMPANY INC.; and TENNECO INC.,<br>Jointly and severally, | Case No. 4:20-cv-10422-SDD-EAS<br><br>Hon. Stephanie Dawkins Davis<br><br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samuel D. Block of Mayer Brown LLP hereby enters his appearance as counsel for Defendants Tenneco Automotive Operating Company Severance Benefit Plan, Tenneco Automotive Operating Company Inc., and Tenneco, Inc. in the above-captioned matter.

Respectfully submitted,

May 12, 2020

/s/ *Samuel D. Block*
Samuel D. Block (IL 6302664)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
T: 312.701.7422
sblock@mayerbrown.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I, Samuel D. Block, an attorney, state that, on May 12, 2020, I caused to be served the foregoing Notice of Appearance and this Certificate of Service via the Court's electronic filing system, which will send notification of such filing to all attorneys on record.  I declare that the above statement is true to the best of my knowledge, information, and belief.

*/s/ Samuel D. Block*
Samuel D. Block