UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA PAPPAGALLO,

    Plaintiff,

-vs-

TENNECO AUTOMOTIVE OPERATING
COMPANY SEVERANCE BENEFIT PLAN,
Effective as of July 20, 2018, TENNECO
AUTOMOTIVE OPERATING COMPANY
INC., and TENNECO INC.,
jointly and severally,

    Defendants.

Case No. 20-cv-10422

Hon. Stephanie Dawkins Davis

| | |
|---|---|
| Barry S. Fagan (P34275)<br>Jennifer L. McManus (P65976)<br>FAGAN MCMANUS, P.C.<br>Attorneys for Plaintiff<br>25892 Woodward Avenue<br>Royal Oak, MI  48067-0910<br>(248) 542-6300<br>bfagan@faganlawpc.com<br>jmcmanus@faganlawpc.com | Richard E. Nowak (IL 6302664)<br>Samuel D. Block (IL 6323648)<br>Samuel P. Myler (IL 6309755)<br>Mayer Brown LLP<br>Attorneys for Defendants<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-8809<br>rnowak@mayerbrown.com<br>sblock@mayerbrown.com<br>smyler@mayerbrown.com<br><br>Michael G. Brady  (P57331)<br>WARNER NORCROSS & JUDD LLP<br>Attorneys for Defendants<br>2000 Town Center, Suite 2700<br>Southfield, MI  48075-1318<br>(248) 784-5032<br>mbrady@wnj.com |

**PLAINTIFF'S STATEMENT AS TO THE
APPROPRIATE STANDARD OF REVIEW IN THIS CASE**

Plaintiff, by and through his attorneys, FAGAN MCMANUS, P.C., hereby submits Plaintiff's Statement as to the Appropriate Standard of Review in this Case as follows:

It is Plaintiff's position that the standard of review in this case is *de novo*. The basis for Plaintiff's position is that the Plan Administrator, identified as Defendant Tenneco Automotive Operating Company Inc. in the Tenneco Automotive Operating Company Inc, Severance Benefit Plan and Summary Plan Description (Effective as of July 20, 2018), did not make the decision regarding Plaintiff's claim for benefits or Plaintiff's appeal of the denial of his claim for benefits. Instead, Defendant Tenneco Inc. made the decision on both the claim and the appeal. In addition, an individual named Peter D. Acker signed the letters denying the claim and appeal on Defendant Tenneco Inc. letterhead. In the letter denying the appeal, Mr. Acker identified himself as the Plan Administrator.

When the benefits decision is made by a body other than the one authorized by the procedures set forth in the benefit plan, federal courts review the benefits decision *de novo*. <u>Shelby County Health Care Corporation v. The Majestic Star Casino, LLC</u>, 581 F.3d 355 (6th Cir. 2009)(holding that although the plan administrator was delegated discretionary authority to interpret the Plan, where the administrator failed to

*exercise* that discretion because it let someone else make the benefits determination, *de novo* review is appropriate); Sanford v. Harvard Industries, Inc., 262 F.3d 590 (6th Cir. 2001)(holding that where an unauthorized body that does not have fiduciary discretion to determine benefits eligibility renders such a decision, deferential review is not warranted and *de novo* review is appropriate).

                                                                      FAGAN MCMANUS, P.C.

By: /s/ *Barry S. Fagan*
    Barry S. Fagan  (P34275)
    Jennifer L. McManus (P65976)
    Attorney for Plaintiff
    25892 Woodward Avenue
    Royal Oak, MI  48067-0910
    (248) 542-6300
    bfagan@faganlawpc.com
    jmcmanus@faganlawpc.com

Dated:  July 2, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA PAPPAGALLO,

    Plaintiff,

-vs-

TENNECO AUTOMOTIVE OPERATING
COMPANY SEVERANCE BENEFIT PLAN,
Effective as of July 20, 2018, TENNECO
AUTOMOTIVE OPERATING COMPANY
INC., and TENNECO INC.,
jointly and severally,

    Defendants.

Case No. 20-cv-10422

Hon. Stephanie Dawkins Davis

| | |
|---|---|
| Barry S. Fagan (P34275)<br>Jennifer L. McManus (P65976)<br>FAGAN MCMANUS, P.C.<br>Attorneys for Plaintiff<br>25892 Woodward Avenue<br>Royal Oak, MI  48067-0910<br>(248) 542-6300<br>bfagan@faganlawpc.com<br>jmcmanus@faganlawpc.com | Richard E. Nowak (IL 6302664)<br>Samuel D. Block (IL 6323648)<br>Samuel P. Myler (IL 6309755)<br>Mayer Brown LLP<br>Attorneys for Defendants<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-8809<br>rnowak@mayerbrown.com<br>sblock@mayerbrown.com<br>smyler@mayerbrown.com<br><br>Michael G. Brady  (P57331)<br>WARNER NORCROSS & JUDD LLP<br>Attorneys for Defendants<br>2000 Town Center, Suite 2700<br>Southfield, MI  48075-1318<br>(248) 784-5032<br>mbrady@wnj.com |

**PROOF OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed:

**PLAINTIFF'S STATEMENT AS TO THE
APPROPRIATE STANDARD OF REVIEW IN THIS CASE**

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Michael G. Brady    mbrady@wnj.com, tlias@wnj.com, tparrish@wnj.com

- Richard Nowak    rnowak@mayerbrown.com, courtnotification@mayerbrown.com

- Samuel Block    sblock@mayerbrown.com

- Samuel P Myler    smyler@mayerbrown.com, 3708550420@filings.docketbird.com, courtnotification@mayerbrown.com

and I hereby certify that I have mailed by United States Postal Service the papers to the following non-ECF participants:

___(none)___.

                                              Respectfully submitted,
                                              FAGAN MCMANUS, P.C.

                                              By: /s/ *Barry S. Fagan*
                                                  Barry S. Fagan  (P34275)
                                                  Jennifer L. McManus (P65976)
                                                  Attorney for Plaintiff
                                                  25892 Woodward Avenue
                                                  Royal Oak, MI  48067-0910
                                                  (248) 542-6300
                                                  bfagan@faganlawpc.com
Dated:  July 2, 2020                           jmcmanus@faganlawpc.com